

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street – Suite 1100
White Plains, New York 10606

February 8, 2024

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

       Re:  United States v. Charudet Smith
            24 Mag. 551

Dear Judge Reznik:

      The defendant in the above-referenced Complaint was arrested this afternoon at approximately 4:30 p.m. Accordingly, the Government requests that the Complaint be unsealed.

**GRANTED**
SO ORDERED.
_____
Hon. Victoria Reznik, U.S.M.J.
2/12/24

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: _____
Marcia S. Cohen
Assistant U.S. Attorney
(914) 993-1902