UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
:
UNITED STATES OF AMERICA,                                        :
                                                                              :
                                                                              :   24 MAG 551
     – against –                                                 :
                                                                              :   <u>NOTICE OF APPEARANCE</u>
CHARUDET SMITH,                               :   <u>AS COUNSEL FOR DEFENDANT</u>
       a/k/a "Charles Smith,"                  :   <u>CHARUDET SMITH</u>
                                                                               :
                                                                              :
                    Defendant.                  x
-----------------------------------------------------------------

        PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Charudet Smith in the above-captioned matter. Counsel respectfully requests to be noticed electronically on all case filings in this matter. The undersigned certifies that he is admitted to practice in this Court.

Dated:  New York, NY
          March 12, 2024

                                        CLAYMAN ROSENBERG
                                        KIRSHNER & LINDER LLP

                                                     /s/
                                       By:  _____
                                              Thomas C. Rotko (TR9339)
                                              305 Madison Avenue
                                              Suite 650
                                              New York, NY  10165
                                              T. 212-922-1080
                                              F. 212-949-8255
                                              Email: rotko@clayro.com

                                       *Counsel for Defendant Charudet Smith*