UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
:
UNITED STATES OF AMERICA,                              :
                                                       :  24 MAG 551
    – against –                                        :
                                                       :  NOTICE OF APPEARANCE
CHARUDET SMITH,                                        :  AS COUNSEL FOR DEFENDANT
        a/k/a "Charles Smith,"                         :  CHARUDET SMITH
                                                       :
                                                       :
            Defendant.                                 x
------------------------------------------------------------------

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Charudet Smith in the above-captioned matter. Counsel respectfully requests to be noticed electronically on all case filings in this matter. The undersigned certifies that she is admitted to practice in this Court.

Dated: New York, NY
       March 12, 2024

                  CLAYMAN ROSENBERG
                  KIRSHNER & LINDER LLP

                         /s/
                By: _____
                  ISABELLE A. KIRSHNER (IAK7133)
                  305 Madison Avenue
                  Suite 650
                  New York, NY  10165
                  T. 212-922-1080
                  F. 212-949-8255
                  Email: kirshner@clayro.com

                *Counsel for Defendant Charudet Smith*