UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                  **4TH ORDER OF CONTINUANCE**
             -against-                                 24 Mag. 00551

  CHARUDET SMITH,

                                 Defendant.
--------------------------------------------------------------------x

Adjourned to June 26, 2024 by Judith C. McCarthy, United States Magistrate Judge, having

found that the ends of justice served thereby, outweigh the best interest of the public and the

defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of

justice.

Dated:  May 29, 2024
       White Plains, New York

                             SO ORDERED:

                             JUDITH C. McCARTHY
                             United States Magistrate Judge