

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

December 17, 2024

<u>By Email</u>

Hon. Andrew E. Krause
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    United States v. Charudet Smith
                 <u>Docket No. 24-mj-00551-UA</u>

Dear Judge Krause:

      We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write, with the consent of the government and Pretrial Services, to request that Mr. Smith be permitted to travel to his family's home in Warren, Vermont from January 20, 2025 through January 24, 2025.

      Presently, Mr. Smith is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet.

      We respectfully request that Mr. Smith be permitted to travel to his parents' vacation home in Warren, Vermont from January 20, 2025 to January 24, 2025. I have conferred with Pretrial Services Officer Leo Barrios who has authorized me to inform the Court that Pretrial Services approves this request subject to the following conditions: (1) during this trip, he will be with his parents at all times; (2) Mr. Smith will not have access to any device, including computers, laptops, or mobile phones, with access to the internet; (3) to the extent his parents have such devices, they are password protected, Mr. Smith does not know the password, and his parents will not permit him to access their devices; (4) while he will be permitted to leave his parents' home, he must be with his parents at all times; (5) he is not permitted to ski; and (6) he must notify Pretrial Services when he departs his home on January 20, and he must notify Pretrial Services upon his return home on January 24. Finally, we have provided the address for his family's house in Warren to Officer Barrios.

Hon. Andrew E. Krause
U.S. v. Charudet Smith
24-mj-00551-UA
December 17, 2024
Page Two

   I have also conferred with AUSA Marcia Cohen, the prosecutor assigned to the case. She has authorized me to inform the Court that the government has no objection to this request, provided that Pretrial Services has approved (which they have subject to the conditions above).

   We thank the Court for its consideration of this request.

              Respectfully submitted,

              Thomas C. Rotko

cc: AUSA Marcia Cohen (by email)
   PTS Officer Leo Barrios (by email)

> APPLICATION GRANTED. Mr. Smith may travel during the requested time period, but subject to all of the conditions specified by Pretrial Services, which are recited above.
>
> Dated: December 18, 2024

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge