

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

July 1, 2025

Hon. Andrew E. Krause
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    United States v. Charudet Smith
                  Docket No. 24-mj-00551-UA

Dear Judge Krause:

      We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write, with the consent of the government and Pretrial Services, to request that Mr. Smith be permitted to travel to his family's home in Warren, Vermont for the July 4th weekend.

      Presently, Mr. Smith is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet.

      We respectfully request that Mr. Smith be permitted to travel to his parents' vacation home in Warren, Vermont from Wednesday, July 2, 2025, to Monday, July 7, 2025. In addition, we respectfully request that while in route from Warren to New Rochelle on July 7, Mr. Smith also be permitted to stop for an in-person appointment with Dr. Delia Hendrick in Lyme, New Hampshire. Dr. Hendrick is his treating psychiatrist. Her office is only a few miles off their route home. Mr. Smith sees her by video conference, but she is able to see him in person on the 7th if the Court permits.

      I have conferred with Pretrial Services Officer Jonathan Lettieri who has authorized me to inform the Court that Pretrial Services approves this request subject to the following conditions: (1) during this trip, he will be with his parents at all times; (2) Mr. Smith will not have access to any device, including computers, laptops, or mobile phones, with access

Hon. Andrew E. Krause
U.S. v. Charudet Smith
24-mj-00551-UA
July 1, 2025
Page Two

to the internet; (3) to the extent his parents have such devices, they are password protected, Mr. Smith does not know the password, and his parents will not permit him to access their devices; (4) while he will be permitted to leave his parents' home, he must be with one of his parents at all times; and (5) he must notify Pretrial Services when he departs New Rochelle on July 2 and upon his return home on July 7. Finally, we have provided the address for his family's house in Warren to Officer Lettieri, and we will provide Dr. Hendrick's office address to Officer Letteiri as well.

   I have also conferred with AUSA Marcia Cohen, the prosecutor assigned to the case. She has authorized me to inform the Court that the government has no objection to this request.

   We thank the Court for its consideration of this request.

              Respectfully submitted,

              */s/ Thomas C. Rotko*

              Thomas C. Rotko

cc: AUSA Marcia Cohen (by email)
   PTS Officer Jonathan Lettieri (by email)

APPLICATION GRANTED, subject to the specific conditions requested by Pretrial Services as set forth above.

Dated: July 1, 2025

**SO ORDERED.**

*/s/ Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge