# Clayman Rosenberg Kirshner & Linder LLP

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Thomas C. Rotko
Partner
rotko@clayro.com

September 2, 2025

Hon. Judith C. McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**APPLICATION GRANTED**

*Judith C. McCarthy*
Hon. Judith C. McCarthy    9-2-2025

Re:   United States v. Charudet Smith
      Docket No. 24-mj-00551-UA

Dear Judge McCarthy:

We are the attorneys for Charudet Smith, the defendant in the above-referenced case. We write, with the consent of the government and Pretrial Services, to request that Mr. Smith be permitted to travel to his family's home in Warren, Vermont from September 7 to September 11, 2025.

Presently, Mr. Smith is on home detention and is subject to electronic monitoring. He is not permitted to leave his home in New Rochelle except for medical appointments or with the permission of Pretrial Services. He resides with his parents. Additionally, he is not permitted to access any electronic devices that are connected to the internet.

We respectfully request that Mr. Smith be permitted to travel to his parents' vacation home in Warren, Vermont from Sunday, September 7, 2025, to Thursday, September 11, 2025. In addition, we respectfully request that while in route from Warren to New Rochelle on September 11, Mr. Smith also be permitted to stop for an in-person appointment with Dr. Delia Hendrick in Lyme, New Hampshire. Dr. Hendrick is his treating psychiatrist. Her office is only a few miles from their route home. Mr. Smith usually sees her by video conference, but she is able to see him in person on the 11th if the Court permits.

I have conferred with Pretrial Services Officer Jonathan Lettieri who has authorized me to inform the Court that Pretrial Services approves this request subject to the following conditions: (1) during this trip, Mr. Smith will be with one of his parents at all times;

Hon. Judith C. McCarthy
U.S. v. Charudet Smith
24-mj-00551-UA
September 2, 2025
Page Two

(2) Mr. Smith will not have access to any device, including computers, laptops, or mobile phones, with access to the internet; (3) to the extent his parents have such devices, they are password protected, Mr. Smith does not know the passwords, and his parents will not permit him to access their devices; (4) while he will be permitted to leave his parents' home, he must be with one of his parents at all times; and (5) he must notify Pretrial Services when he departs New Rochelle on September 7 and upon his return home on September 11. Finally, we have previously provided the address for his family's house in Warren and Dr. Hendrick's office address to Officer Lettieri.

      I have also conferred with AUSA Marcia Cohen, the prosecutor assigned to the case. She has authorized me to inform the Court that the government has no objection to this request.

      We thank the Court for its consideration of this request.

Respectfully submitted,

Thomas C. Rotko

cc:    AUSA Marcia Cohen (by email)
       PTS Officer Jonathan Lettieri (by email)