United States District Court
Southern District of New York
------------------------------------------------------------x
United States of America,

                                                24 Maj. 551
                                                Order

          -v-

Charudet Smith,
        Defendant.
------------------------------------------------------------x

      On February 17, 2024, the defendant Charudet Smith was released on a bond in connection with the above-entitled matter.  The bond contained a number of conditions, including prohibiting Mr. Smith from the use of any electronic devices with internet capacity. Under the terms of the bond, Mr. Smith was permitted to use an electronic device for the purpose of psychiatric treatment which was to be monitored by Pre-Trial Services.

      On October 1, 2025, a bail hearing was held before Magistrate Judge Hon. Andrew Krause to determine whether the conditions of the original bond had been violated by Mr. Smith's use of an electronic device. At the hearing, it was determined that Pre-Trial Services was unable to monitor any electronic device that was not owned by Mr. Smith and that the only electronic devices to which he has access are owned by his parents, Herbert Smith and Sharon Blinkoff.

      At the hearing, it was also determined that Mr. Smith has a standing appointment with his psychiatrist every other Friday at 10:00 a.m.  Many of these sessions are conducted via a landline telephone and no supervision or special provisions are required for those sessions to take place.

         It is hereby **ORDERED** that the original bond shall be modified to reflect that Mr. Smith may use an electronic device only for psychiatric treatment and may use such device only under the following circumstances and in the following manner:

A. If Mr. Smith's psychiatrist requires that she consult with Mr. Smith via video call, either Herbert Smith or Sharon Blinkoff must be available to log onto the session for the defendant and to remove the computer from his control at the end of the session.

B. Prior to such video call, either parent must notify Pre-Trial Services via email or telephone to advise when the video session will be taking place and to confirm that either parent will be logging onto the session.

C. Following such video call, either parent must notify Pre-Trial Services via email or telephone to confirm that the computer used for the session has been removed from the defendant's control.

D. If additional video sessions are required by the defendant's psychiatrist beyond the normally scheduled sessions, or the psychiatrist must change the scheduled session because of an emergency, either parent must notify Pre-Trial Services of the additional session and/or that a change in scheduling has occurred.

E. The defendants' parents, Mr. Smith and Ms. Blinkoff, were present in Court when these modifications were ordered by the Court and both acknowledged that they understood their obligations and agreed to comply with them.

Dated: White Plains, New York

October __, 2025

_____

THE HONORABLE ANDREW E. KRAUSE

UNITED STATES MAGISTRATE JUDGE